UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JOHN HENRY FREDERICK,**

    **Plaintiff,**

v.                                                  Case No. 4:20cv219-AW-HTC

**WAKULLA CORR. INST.
ADMIN. & STAFF,**

    **Defendants.**
_____/

## ORDER

    I have considered the magistrate judge's Report and Recommendation dated May 13, 2020. ECF No. 3. I have also considered de novo the Plaintiff's objections (in the "Motion to Object/Causes Shown", ECF No. 4). The Report and Recommendation is now adopted and incorporated by reference in this order. The case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). The clerk will close the file.

    SO ORDERED on June 9, 2020.

                                     /s/ *Allen Winsor*
                                     United States District Judge